# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| ANGEL FELICIANO, | : | No. 34 EM 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| JOHN WETZEL, SECRETARY OF THE | : | |
| DEPARTMENT OF CORRECTIONS; | : | |
| BERNADETTE MASON, FACILITY | : | |
| MANAGER OF SCI MAHANOY; LARRY | : | |
| KRASNER, DISTRICT ATTORNEY OF | : | |
| PHILADELPHIA, | : | |
| | : | |
| Respondents | : | |

## **ORDER**

**PER CURIAM**

**AND NOW**, this 5th day of June, 2020, the "Emergency Motion Seeking Release from Respondents['] Custody" is DENIED.